UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,

    Plaintiff,

vs.

14600 INC.,

    Defendant.

Case No. 20-cv-24761-CMA

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, and Defendant, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Dated: January 15, 2021

Respectfully Submitted,

| By: s/ Glenn R. Goldstein | By: /s/Jeffrey B. Smith |
|---|---|
| Glenn R. Goldstein, Esq., (FBN: 55873) | Jeffrey B. Smith, Esq. (FBN 356050) |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| Glenn R. Goldstein & Associates, PLLC | Jeffrey B. Smith, P.A. |
| 150 Southeast 2nd Avenue, Suite 905 | 1401 E. Broward Boulevard, Suite 300 |
| Miami, Florida 33131 | Fort Lauderdale, FL 33301 |
| (561) 573-2106 | (954)462-1431 |
| GGoldstein@G2Legal.net | jsmith@smithatlaw.com |
| | kathy@smithatlaw.com |
| Lauren N. Wassenberg, Esq. (FBN: 34083) | |
| *Attorney for Plaintiff* | |
| Lauren N. Wassenberg & Associates, P.A. | |
| 1825 NW Corporate Blvd., Suite 110 | |
| Boca Raton, Florida 33431 | |
| (561) 571-0646, Fax: (561) 571-0647 | |
| WassenbergL@gmail.com | |

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 15th day of January 2021 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                         By: s/ Lauren Wassenberg
                                         Lauren Wassenberg, Esq.
                                         Florida Bar No.: 34083